UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-00993 |
| DATACAMP LIMITED d/b/a CDN77 and Datapacket, | ) ) ) ) |
| Defendant. | ) ) |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD**

Defendant DataCamp Limited d/b/a CDN77 and Datapacket ("DataCamp") respectfully requests that the Court enter an order extending DataCamp's April 5, 2022, deadline for Responding to the Complaint in this matter to May 5, 2022. In support thereof, DataCamp states as follows:

1. On February 25, 2022, Plaintiff Dish Network, L.L.C. ("Plaintiff"), filed the Complaint in this action.

2. On March 15, 2022, Plaintiff served DataCamp.

3. DataCamp's deadline for responding to the Complaint is April 5, 2022.

4. DataCamp contacted Plaintiff to request an extension of time to answer or otherwise respond to Plaintiff's Complaint for thirty (30) days, or until May 5, 2022.

5. Plaintiff agreed to the requested extension.

6. This is DataCamp's first request for an extension of time, and the extension would not affect any other dates in this case. The request is not being made for purposes of delay or any other improper reason.

124909291

WHEREFORE, DataCamp respectfully requests that this Honorable Court enter an Order extending the deadline by which DataCamp must respond to Plaintiff's Complaint up to and including May 5, 2022.

Dated: March 23, 2022          Respectfully submitted,

         By: /s/ *Robert E. Browne, Jr.*
         Robert E. Browne, Jr. (ARDC No. 6255678)
         Troutman Pepper Hamilton Sanders LLP
         227 W. Monroe St., Ste. 3900
         Chicago, Illinois 60606
         Telephone: 312.759.1923
         Facsimile: 312.759.1939
         Email: robert.browne@troutman.com

         *Counsel for Defendants DataCamp Limited d/b/a CDN77 and Datapacket*

## **CERTIFICATE OF SERVICE**

  I certify that on the 23rd day of March, 2022, the foregoing *Agreed Motion for Extension of Time to Answer or Otherwise Plead* was served via the Court's ECF filing system to all counsel of record.

           /s/ Robert E. Browne, Jr.
           Robert E. Browne, Jr.

124909291