UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> DATACAMP LIMITED d/b/a ) </br> CDN77 and Datapacket, ) </br> ) </br> Defendant. ) | Case No. 1:22-cv-00993 </br></br> Honorable John F. Kness |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD**

Defendants DataCamp Limited d/b/a CDN77 and Datapacket ("DataCamp") respectfully request that the Court enter an order extending DataCamp's June 6, 2022, deadline for Responding to the Complaint in this matter to July 6, 2022. In support thereof, DataCamp states as follows:

1. On February 25, 2022, Plaintiff Dish Network, L.L.C. ("Plaintiff"), filed the Complaint in this action.

2. On March 15, 2022, Plaintiff served DataCamp.

3. This Court previously granted DataCamp's Agreed Motion for Extension of Time to Answer or Otherwise Plead on March 23, 2022, extending DataCamp's deadline to May 5, 2022.

4. This Court also previously granted DataCamp's Agreed Motion for Extension of Time to Answer or Otherwise Plead on May 4, 2022, extending DataCamp's deadline to June 6, 2022.

5. The parties have been and are currently discussing settlement of the matter.

6. During the settlement discussions, Plaintiff agreed to an extension of DataCamp's time to answer or otherwise respond to Plaintiff's Complaint for thirty (30) days, or until July 6, 2022.

7. The agreed extension allows the parties further time to try to resolve the matter by way of settlement.

8. This is DataCamp's third request for an extension of time. The request is not being made for purposes of delay or any other improper reason.

WHEREFORE, DataCamp respectfully requests that this Honorable Court enter an Order extending the deadline by which DataCamp must respond to Plaintiff's Complaint up to and including July 6, 2022.

Dated: May 31, 2022                                   Respectfully submitted,


                                                      By: /s/ *Robert E. Browne, Jr.*
                                                      Robert E. Browne, Jr. (ARDC No. 6255678)
                                                      Troutman Pepper Hamilton Sanders LLP
                                                      227 W. Monroe St., Ste. 3900
                                                      Chicago, Illinois 60606
                                                      Telephone: 312.759.1923
                                                      Facsimile: 312.759.1939
                                                      Email: robert.browne@troutman.com

                                                      *Counsel for Defendants DataCamp Limited d/b/a CDN77 and Datapacket*

## **CERTIFICATE OF SERVICE**

I certify that on the 31st day of May, 2022, the foregoing Agreed Motion for Extension of Time to Answer or Otherwise Plead was served via the Court's ECF filing system to all counsel of record.

Dated: May 31, 2022

By: */s/ Robert E. Browne, Jr.*

Robert E. Browne, Jr.
TROUTMAN PEPPER
HAMILTON SANDERS LLP
227 W. Monroe St., Ste. 3900
Chicago, IL 60606
312.759.1920
773.877.3739 (Fax)
robert.browne@troutman.com