# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00993 |
| ) | |
| DATACAMP LIMITED d/b/a ) | |
| CDN77 and Datapacket, ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants Datacamp Limited d/b/a CDN77 and Datapacket ("DataCamp") respectfully request that the Court enter an order extending DataCamp's July 6, 2022, deadline for Responding to the Complaint in this matter to August 5, 2022. In support thereof, DataCamp states as follows:

1. On February 25, 2022, Plaintiff Dish Network, L.L.C. ("Plaintiff"), filed the Complaint in this action.

2. On March 15, 2022, Plaintiff served DataCamp.

3. This Court previously granted DataCamp's Agreed Motion for Extension of Time to Answer or Otherwise Plead on March 23, 2022, extending DataCamp's deadline to May 5, 2022.

4. This Court also previously granted DataCamp's Agreed Motion for Extension of Time to Answer or Otherwise Plead on May 4, 2022, extending DataCamp's deadline to June 6, 2022.

5. This Court again granted DataCamp's Agreed Motion for Extension of Time to Answer or Otherwise Plead on June 1, 2022, extending DataCamp's deadline to July 6, 2022.

6. The parties are currently discussing the potential for settlement of the matter.

7. During the settlement discussions, Plaintiff agreed to an extension of DataCamp's time to answer or otherwise responsd to Plaintiff's Complaint for thirty (30) days, or until August 5, 2022.

8. The agreed extension allows the parties further time to try to resolve the matter by way of settlement.

9. This is DataCamp's fourth request for an extension of time. The request is not being made for purposes of delay or any other improper reason.

WHEREFORE, DataCamp respectfully requests that this Honorable Court enter an Order extending the deadline by which DataCamp must respond to Plaintiff's Complaint up to and including August 5, 2022.

Dated: June 29, 2022              Respectfully submitted,


                                  By: /s/ *Robert E. Browne, Jr.*
                                  Robert E. Browne, Jr. (ARDC No. 6255678)
                                  Troutman Pepper Hamilton Sanders LLP
                                  227 W. Monroe St., Ste. 3900
                                  Chicago, Illinois 60606
                                  Telephone: 312.759.1923
                                  Facsimile: 312.759.1939
                                  Email: robert.browne@troutman.com

                                  *Counsel for Defendants* Datacamp Limited d/b/a CDN77 and Datapacket

## **CERTIFICATE OF SERVICE**

I certify that on the 29th day of June, 2022, the foregoing Agreed Motion for Extension of Time to Answer or Otherwise Plead was served via the Court's ECF filing system to all counsel of record.

Dated: June 29, 2022

By: */s/ Robert E. Browne, Jr.*

Robert E. Browne, Jr.
TROUTMAN PEPPER
HAMILTON SANDERS LLP
227 W. Monroe St., Ste. 3900
Chicago, IL 60606
312.759.1920
773.877.3739 (Fax)
robert.browne@troutman.com