UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 22-cv-00993 |
| | ) | |
| DATACAMP LIMITED d/b/a/ CDN77 and Datapacket, | ) | Honorable John F. Kness |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant DataCamp Limited d/b/a CDN77 and Datapacket ("DataCamp"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully submit this Motion to Dismiss Dish Network L.L.C.'s ("Plaintiff") Complaint (the "Motion"). For the reasons described in its accompanying Memorandum in Support of this Motion, DataCamp respectfully requests that this Court dismiss Plaintiff's Complaint with prejudice pursuant to Federal Rule of Civil Prejudice 12(b)(6).

Respectfully submitted this 5th day of August, 2022.

By: */s/ Robert E. Browne, Jr.*

Robert E. Browne, Jr.
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 W. Monroe St., Ste. 3900
Chicago, IL 60606
312.759.1920
773.877.3739 (Fax)
robert.browne@troutman.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I certify that on the 5th day of August, 2022, the foregoing *Defendants' Motion to Dismiss Plaintiff's Complaint* was served via the Court's ECF filing system to all counsel of record.

Dated: August 5, 2022

By: */s/ Robert E. Browne, Jr.*

Robert E. Browne, Jr.
TROUTMAN PEPPER
HAMILTON SANDERS LLP
227 W. Monroe St., Ste. 3900
Chicago, IL 60606
312.759.1920
773.877.3739 (Fax)
robert.browne@troutman.com