# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 22-cv-00993 |
| ) | |
| DATACAMP LIMITED d/b/a/ ) | Honorable John F. Kness |
| CDN77 and Datapacket, ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

## **DEFENDANT DATACAMP LIMITED'S NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant DataCamp Limited ("DataCamp") hereby makes the following disclosures of affiliation:

DataCamp Limited is solely owned (100%) by Overkill Alpha S.R.O., a Czech corporation. Overkill Alpha S.R.O. is solely owned (100%) by Zdenek Cendra.

Respectfully submitted this 5th day of August, 2022.

By: */s/ Robert E. Browne, Jr.*

Robert E. Browne, Jr.
TROUTMAN PEPPER HAMILTON
SANDERS LLP
227 W. Monroe St., Ste. 3900
Chicago, IL 60606
312.759.1920
773.877.3739 (Fax)
robert.browne@troutman.com
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I certify that on the 5th day of August, 2022, the foregoing *Defendant's Notification as to Affiliates* was served via the Court's ECF filing system to all counsel of record.

Dated: August 5, 2022

By: */s/ Robert E. Browne, Jr.*

Robert E. Browne, Jr.
TROUTMAN PEPPER
HAMILTON SANDERS LLP
227 W. Monroe St., Ste. 3900
Chicago, IL 60606
312.759.1920
773.877.3739 (Fax)
robert.browne@troutman.com