IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., | |
| Plaintiff. | Case No. 22-cv-00993 |
| v. | Judge John F. Kness |
| DATACAMP LIMITED d/b/a CDN77 and DATAPACKET, | Magistrate Sheila M. Finnegan |
| Defendant. | |

**JOINT STATUS REPORT**

DISH Network L.L.C. ("DISH") and Datacamp Limited d/b/a CDN77 and Datapacket ("Datacamp") hereby submit the following Joint Status Report regarding the parties' discovery progress pursuant to the Court's Order dated October 12, 2022. (Dkt. 42.)

**I.   Disclosures**

Datacamp served its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on August 23, 2022. DISH served its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on August 24, 2022.

**II.   DISH's Discovery Requests To Datacamp**

DISH served its First Set of Requests for Production and First Set of Interrogatories on Datacamp on September 2, 2022. On September 28, 2022, DISH granted Datacamp a two week extension until October 17, 2022, to respond to DISH's discovery requests. On October 17, 2022, Datacamp served its Responses and

Objections to DISH's First Set of Requests for Production and First Set of Interrogatories on DISH. Datacamp advised that it would be making a "rolling" document production.

Datacamp produced information concerning its Datapacket service on November 2, 2022, prior communications between Datacamp and DISH's counsel on November 7, 2022, and invoices and customer support tickets for all of the eleven Pirate Services identified in DISH's Complaint between December 2 and 12, 2022, except for IStar, which Datacamp shall produce by December 16, 2022. Datacamp designated its production of its customers' information (which includes location and payment information) as Attorney Eyes Only under the protective order.

The parties communicated regarding Datacamp's document production on October 19, 2022, November 1-4, 2022, November 29-30, 2022, and December 2, 2022. Datacamp will produce its remaining non-privileged responsive documents and supplement its responses by Friday, December 16, 2022. DISH will continue meeting and conferring with Datacamp on these discovery issues.

### III. Datacamp's Discovery Requests To DISH

Datacamp served its First Set of Requests for Production and First Set of Interrogatories on DISH on October 17, 2022. On November 23, 2022, Datacamp granted DISH a two week extension until December 12, 2022, to respond to Datacamp's discovery requests. Datacamp has not yet been provided with DISH's discovery responses.

IV.   **Settlement Discussions**

The parties have engaged in settlement discussions. DISH made an initial settlement offer which Datacamp responded to on October 13, 2022. On November 1, 2022, and then again during a meet and confer session on December 2, 2022, counsel for Datacamp again inquired about its settlement response. Datacamp is awaiting DISH's response to a potential settlement.

By: */s/ M. Kelly Tillery*

M. Kelly Tillery (*pro hac vice*)
SAXTON & STUMP, LLC
230 South Broad Street, Suite 1100
Philadelphia, PA 19102
717.556.1034
717-441-3810 (Fax)
ktillery@saxtonstump.com

Sean P. McConnell (*pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
300 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
215.981.4000
215.981.4750 (Fax)
sean.mcconnell@troutman.com

Robert E. Browne, Jr.
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 W. Monroe St., Ste. 3900
Chicago, IL 60606
312.759.1920
773.877.3739 (Fax)
robert.browne@troutman.com

By: */s/ Stephen M. Ferguson*

Stephen M. Ferguson (*pro hac vice*)
Joseph H. Boyle (*pro hac vice*)
Timothy M. Frank (*pro hac vice*)
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, TX 77024
(713) 343-0478
(713) 758-0146 (Fax)
stephen.ferguson@hnbllc.com
joe.boyle@hnbllc.com
timothy.frank@hnbllc.com

David M. Lewin
75 W. Jackson Boulevard, Suite 1600
Chicago, IL 60604-2827
(312) 540-7556
(312) 540-0578 (Fax)
dml@lewver.com

*Counsel for DISH*