IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff. <br><br> v. <br><br> DATACAMP LIMITED d/b/a CDN77 and DATAPACKET, <br><br> Defendant. | Case No. 22-cv-00993 <br><br> Judge John F. Kness <br><br> Magistrate Sheila M. Finnegan |

**JOINT STATUS REPORT**

DISH Network L.L.C. ("DISH") and Datacamp Limited d/b/a CDN77 and Datapacket ("Datacamp," collectively the "Parties")) hereby submit the following Joint Status Report regarding the parties' discovery progress, including depositions that are scheduled and/or have been taken, pursuant to the Court's Order dated April 11, 2023. (Dkt. 58.)

**I.  Discovery**

The Parties detailed the discovery steps taken to date in their Joint Status Report (Dkt. 57) and Joint Motion for Extension to Complete Fact Discovery (the "Joint Motion"). (Dkt. 60.) In the Joint Motion the Parties stated that an agreed extension of the fact discovery deadline allows the Parties further time to try to resolve the matter by way of settlement before incurring costs and fees associated with depositions. (*Id.* at 3.) The Court granted the Joint Motion, but deferred setting the new fact deadline until after the settlement conference. (Dkt. 61.)

## II.     Settlement

On April 26, 2023, the Court issued an Order setting a settlement conference for May 23, 2023. (Dkt. 59.) In the Order the Court directed DISH to provide a settlement letter by May 2, 2023, and Datacamp to provide a responsive letter by May 16, 2023. (*Id*.) DISH provided its settlement letter to Datacamp on May 2, 2023. Datacamp will provide DISH its responsive letter by May 16, 2023.

By: */s/ M. Kelly Tillery*

M. Kelly Tillery (*pro hac vice*)
Bijan K. Ghom (*pro hac vice*)
SAXTON & STUMP, LLC
230 South Broad Street, Suite 1100
Philadelphia, PA 19102
717.556.1034
717-441-3810 (Fax)
ktillery@saxtonstump.com
bkg@saxtonstump.com

Sean P. McConnell (*pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
300 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
215.981.4000
215.981.4750 (Fax)
sean.mcconnell@troutman.com

Robert E. Browne, Jr.
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 W. Monroe St., Ste. 3900
Chicago, IL 60606
312.759.1920
773.877.3739 (Fax)
robert.browne@troutman.com

By: */s/ Stephen M. Ferguson*

Stephen M. Ferguson (*pro hac vice*)
Joseph H. Boyle (*pro hac vice*)
Timothy M. Frank (*pro hac vice*)
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, TX 77024
(713) 343-0478
 (713) 758-0146 (Fax)
stephen.ferguson@hnbllc.com
joe.boyle@hnbllc.com
timothy.frank@hnbllc.com

David M. Lewin
75 W. Jackson Boulevard, Suite 1600
Chicago, IL 60604-2827
(312) 540-7556
(312) 540-0578 (Fax)
dml@lewver.com

*Counsel for DISH*